In the Matter of EDWARD BROWN, Petitioner, v ANTHONY J. ANNUCCI, Acting Commissioner, New York State Department of Corrections and Community Supervision, Respondent. [42 NYS3d 904]—Proceeding pursuant to CPLR article 78 (transferred to the Appellate Division of the Supreme Court in the Fourth Judicial Department by order of the Supreme Court, Seneca County [Dennis F. Bender, A.J.], entered May 2, 2016) to review a determination of respondent. The determination found after a tier III hearing that petitioner had violated an inmate rule.

It is hereby ordered that the determination is unanimously confirmed without costs and the petition is dismissed. Present—Centra, J.P., Carni, NeMoyer, Curran and Troutman, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v TYLER GETMAN, Appellant. [42 NYS3d 904]—Appeal from a judgment of the Supreme Court, Erie County (M. William Boller, A.J.), entered June 9, 2014. The judgment revoked defendant's sentence of probation and imposed a sentence of imprisonment.

It is hereby ordered that the judgment so appealed from is unanimously affirmed. Present—Centra, J.P., Carni, NeMoyer, Curran and Troutman, JJ.